**Ernest Junior COLSTON,**
**Plaintiff–Appellant,**

v.

**John O'DONALD, Chief of Police for the City of Gaffney; Barbara Brown, Nurse; Rocky Jones, Cherokee County Jail Administrator; Bill Blanton, Sheriff of Cherokee County, Defendants–Appellees.**

No. 01–7732.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

Ernest Junior Colston, Appellant Pro Se. William Benson Darwin, Jr., Walter McElhaney White, Holcombe, Bomar, Gunn & Bradford, P.A., Spartanburg, South Carolina, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ernest Junior Colston appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Colston v. O'Donald,* No. CA–00–803–4 (D.S.C. Aug. 28, 2001, Oct. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*